United States Bankruptcy Court
District of Puerto Rico

In re:  Case No. 18-01562-MCF
ALEXIE GUZMAN RAMOS  Chapter 13
KRIZIA MICHAEL PAGAN MUNOZ
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Jul 06, 2023      Form ID: pdf002      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ALEXIE GUZMAN RAMOS, KRIZIA MICHAEL PAGAN MUNOZ, EST LOS ARTESANOS, 33 CALLE CERAMICA, LAS PIEDRAS, PR 00771-7366 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jul 06 2023 18:50:55 | ALEXANDRA RODRIGUEZ (ZF), JOSE CARRION MORALES, PO BOX 9023884, SAN JUAN, PR 00902-3884 |
| aty | ^ MEBN | Jul 06 2023 18:52:06 | MAYRA M ARGUELLES ALVAREZ (ZF), JOSE R CARRION CHAPTER 13, PO BOX 9023884, SAN JUAN, PR 00902-3884 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ISAYRA BAGUE DIAZ | |

        on behalf of Creditor VAPR FEDERAL CREDIT UNION ibdiazlaw@gmail.com

JAIME RUIZ SALDANA
        on behalf of Creditor ORIENTAL BANK CCU rasanchez@orientalbank.com  rasanchez@orientalbank.com

JOSE RAMON CARRION MORALES
        newecfmail@ch13-pr.com

JOSE RAMON CARRION MORALES (LL)
        on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

JULIEL PEREZ (ZF)
        on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com

JULIEL PEREZ MENDEZ
        on behalf of Trustee JOSE RAMON CARRION MORALES jperez@ch13-pr.com

MARICARMEN COLON DIAZ
        on behalf of Creditor FIRSTBANK PR maricarmen.colon@firstbankpr.com

MONSITA LECAROZ ARRIBAS
        ustpregion21.hr.ecf@usdoj.gov

NANNETTE MARIE GODREAU VAZQUEZ
        on behalf of Trustee JOSE RAMON CARRION MORALES ngodreau@ch13-pr.com

ROBERTO ARISTIDES FIGUEROA COLON
        on behalf of Debtor ALEXIE GUZMAN RAMOS cmecf@fslawpr.com
        G34025@notify.cincompass.com;figueroaserranoPSC@jubileebk.net

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ALEXIE GUZMAN RAMOS

KRIZIA MICHAEL PAGAN MUNOZ

xx-xx-5551

xx-xx-8565

        Debtor(s)

CASE NO. 18-01562-MCF13

Chapter 13

FILED & ENTERED ON JUL/06/2023

ORDER

The application for allowance of compensation filed by ROBERTO ARISTIDES FIGUEROA COLON (docket #127), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of July, 2023.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge